## COMMERCIAL INSURANCE COMPANY
v.
## James E. REDFORD et al.
No. 7213.

United States Court of Appeals
Tenth Circuit.
Feb. 13, 1963.

Colmery & Russell, Topeka, Kan., for appellant.

Robert L. Deam, Junction City, Kan., for appellees.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed February 13, 1963, on motion of appellant.

## George GILLETTE, Appellant,
v.
## David M. HERITAGE, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.
No. 19921.

United States Court of Appeals
Fifth Circuit.
March 1, 1963.

Joseph Lefkoff, Atlanta, Ga., for appellant.

Charles L. Goodson, U. S. Atty., Burton Brown, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before TUTTLE, Chief Judge, and POPE* and JONES, Circuit Judges.

PER CURIAM.

It appearing that this habeas corpus case was decided by the trial court on the authority of Johnson v. Wilkinson, 5 Cir., 279 F.2d 683, we conclude that it was not error for the court to decide the case without hearing.

The judgment of the district court was correct. It is, therefore,

Affirmed.

## George KEENAN, Administrator of the Estate of Lloyd Luther Keenan, Deceased
v.
## John J. BROWN, Jr., Equipment Rental Corporation, a Pennsylvania Corporation, Appellant.
No. 14134.

United States Court of Appeals
Third Circuit.

Argued Feb. 8, 1963.

Decided Feb. 27, 1963.

William A. Challener, Jr., Pittsburgh, Pa., for appellant.

James P. McArdle, Pittsburgh, Pa. (Donald J. Barley, McArdle, Harrington & McLaughlin, Pittsburgh, Pa., on the brief), for appellee.

Before KALODNER, STALEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error.

The Orders of the District Court of December 18, 1961, entering judgments in favor of plaintiff, George Keenan, Adm. Est. of Lloyd Luther Keenan, dec'd and against the defendant, John W. Brown, Jr. Equipment Rental Corporation, pursuant to the jury's verdict, will be affirmed.

---

* Of the Ninth Circuit, sitting by designation.